

The following constitutes
the order of the court. Signed July 27, 2018

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

TERRY LEE SLATER,

    Debtor.

Case No. 18-10505 CN
Chapter 11

**ORDER DENYING APPLICATION TO PAY CHAPTER 11 FILING FEE IN INSTALLMENTS**

    Debtor filed a Voluntary Chapter 11 petition together with an Application to Pay Filing Fees in Installments (the "Application") on July 25, 2018 (D.E. 1, 6). Upon review of the docket, Debtor filed a previous bankruptcy petition (Case No. 16-10391) in the Northern District of California in 2016, which was dismissed with outstanding filing fees. Accordingly, and good cause appearing, and pursuant to Federal Rule of Bankruptcy Procedure 1006,

    **IT IS HEREBY ORDERED** that the Application is denied. Debtor must pay the remainder of the filing fee for this case (Case No. 18-10505 CN) by **August 9, 2018.** Failure to comply with the terms of this order may result in this case being dismissed.

\* \* \* **END OF ORDER** \* \* \*

Case No. 18-10505 CN

**COURT SERVICE LIST**

Terry Lee Slater
3351 D Street EXT
Petaluma, CA 94952

Other recipients are ECF participants.