# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Terry Lee Slater<br>aka Slater Consulting<br>Debtor(s) | Case No.: 18–10505 CN 11<br>Chapter: 11 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on 7/26/18 . Therefore, it is ordered that this case be **dismissed**.

Dated: 8/9/18

By the Court:

Charles Novack
United States Bankruptcy Judge