Entered on Docket
September 06, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed September 6, 2018

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

TERRY LEE SLATER,

    Debtor.

Case No. 18-10505 CN
Chapter 11

**ORDER SETTING HEARING ON DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL**

    Debtor filed a Voluntary Chapter 11 petition on July 25, 2018. The case was dismissed on August 9, 2018 after Debtor failed to timely file the required documents. On August 31, 2018, Debtor, who is *pro se*, filed a motion to vacate the order of dismissal ("Motion") together with a Notice of Hearing. However, Debtor failed to provide proof of service and select a hearing date and time that correspond with a Santa Rosa Court Calendar. Accordingly, and good cause appearing,

    **IT IS HEREBY ORDERED** that a hearing on the Motion is set for **September 26, 2018** at **11:00 a.m.** in the United States Bankruptcy Court for the Northern District of California, 99 South E Street, Santa Rosa, California. Debtor shall appear at the hearing. Any opposition to the Motion may be stated on the record at the hearing. The hearing noticed for September 10, 2018 is dropped from calendar.

* * * END OF ORDER * * *

Case No. 18-10505 CN

## COURT SERVICE LIST

Terry Lee Slater
3351 D Street EXT
Petaluma, CA 94952

pdfeoall