

The following constitutes
the order of the court. Signed September 26, 2018

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

TERRY LEE SLATER,

    Debtor.

Case No. 18-10505 CN
Chapter 11

**ORDER VACATING ORDER OF DISMISSAL AND SETTING STATUS CONFERENCE**

On September 26, 2018, the court conducted a hearing on Debtor's Motion to Vacate Order of Dismissal. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Order of Dismissal is vacated.

2. A status conference is set for **November 21, 2018** at **11:00 a.m.** in the United States Bankruptcy Court, 99 South E Street, Santa Rosa, California.

* * * END OF ORDER * * *

Case No. 18-10505 CN

## COURT SERVICE LIST

Terry Lee Slater
3351 D Street EXT
Petaluma, CA 94952

pdfeoall

2