Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Ste 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Creditor Steven B Grogan

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Terry Lee Slater

        Debtor(s)
_____/

Case No. 18-10505

Chapter 11

**REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that Evan Livingstone, as authorized agent for Steven B Grogan, a creditor in the above-captioned chapter 11 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Evan Livingstone
    Attorney at Law
    740 4t St, Ste 215
    Santa Rosa, CA 95404

Dated: November 24, 2018

/s/Evan Livingstone
Evan Livingstone Attorney for
Creditor Steven B Grogan